United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL MERRITT UNIVERSITY,<br><br>　　　　　Defendant. | Case No.: C-13-00007 JSC<br><br>**ORDER RE: DISCOVERY DISPUTE** |

　　Plaintiff has submitted a letter to the Court, requesting that the Court order limited discovery, over Defendant's objections, in advance of the June 12, 2013 mediation. The Court hereby ORDERS the parties to submit a joint discovery letter brief, as required by this Court's Standing Orders, no later than **April 11, 2013**. The Court will rule on Plaintiff's discovery request at the already scheduled hearing on the parties' other motions, currently set for April 18, 2013 at 9:00 a.m.

　　IT IS SO ORDERED.

Dated: April 4, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE