IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL MERRITT UNIVERSITY, and CALIFORNIA SCHOOL OF PODIATRIC MEDICINE,<br><br>　　　　　Defendants. | Case No.: C-13-00007 JSC<br><br>**ORDER DISSOLVING PRELIMINARY INJUNCTION (Dkt. No. 18)** |

Based on the parties' representations in the Joint Case Management Conference Statement (Dkt. No. 44), and the evidence filed in support of Defendants' motion to dissolve the preliminary injunction, the order granting Plaintiff's motion for preliminary injunction issued February 1, 2013 (Dkt. No. 18) is VACATED without prejudice.

This Order disposes of Docket No. 24.

**IT IS SO ORDERED.**

Dated: May 9, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE