IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMUEL MERRITT UNIVERSITY, and CALIFORNIA SCHOOL OF PODIATRIC MEDICINE,<br><br>          Defendants. | Case No.: C-13-00007 JSC<br><br>**AMENDED PRETRIAL ORDER** |

Following the Case Management Conference held on August 22, 2013, the Court HEREBY AMENDS the May 9, 2013 Pretrial Order as follows:

**I.    CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Fact Discovery Cut-Off: | November 1, 2013 |
| Deadline for Filing Dispositive Motions | November 21, 2013 |
| Hearing on Dispositive Motions: | January 9, 2014 |

/ /

The parties shall also attend a settlement conference conducted by a Magistrate Judge within 120 days of the date of this Order.

## II. TRIAL DATE

A. Jury trial will begin on March 31, 2014, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

B. The Court is expecting the length of the trial to not exceed seven court days.

## III. PRETRIAL CONFERENCE

A Final Pretrial Conference shall be held on March 20, 2014, at 2:00 p.m., in Courtroom F, 15th Floor. Lead trial counsel for each party shall attend.

**IT IS SO ORDERED.**

Dated: August 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE