ALEX HERNAEZ (State Bar No. 201441)
TYREEN G. TORNER (State Bar No. 249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436
Email:       ahernaez@foxrothschild.com
             ttorner@foxrothschild.com

Attorneys for Defendant
SAMUEL MERRITT UNIVERSITY


DAVID J. MILLSTEIN (State Bar No. 87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone:   (415) 348-0348
Facsimile:   (415) 348-0336
Email:       dmillstein@millstein-law.com

Attorneys for Plaintiff
JANE DOE


# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, as an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMUEL MERRITT UNIVERSITY, a California Corporation, including CALIFORNIA SCHOOL OF PODIATRIC MEDICINE; and Does 1 through 100,<br><br>        Defendant. | Case No.: 3:13-cv-00007-JSC<br><br>**JOINT STIPULATION CONTINUING DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>State Complaint Filed:   December 20, 2012<br>Notice of Removal Filed: January 2, 2013<br>Trial Date:              March 31, 2014 |

WHEREAS, on August 23, 2013, the Court issued an Amended Pretrial Order setting the following dates in this action:

| | |
|---|---|
| Deadline for Filing Dispositive Motions: | November 21, 2013 |
| Hearing on Dispositive Motions: | January 9, 2014 |
| Final Pretrial Conference: | March 20, 2014 |
| Trial: | March 31, 2014 |

WHEREAS, on October 31, 2013, the parties participated in a mandatory settlement conference with Magistrate Judge Elizabeth D. Laporte;

WHEREAS, as a result of October 31, 2013, settlement conference, the parties are close to reaching a settlement in this action;

WHEREAS, in the event the case does not settle, Defendant will file a motion for summary judgment; and

WHEREAS, the parties wish to continue settlement discussions without incurring potentially unnecessary additional costs necessitated by the current dispositive motion briefing schedule;

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, by and through their attorneys of record, that the dispositive motion briefing be continued as follows:

| | |
|---|---|
| Deadline for Filing Dispositive Motions: | December 3, 2013 |
| Opposition to Dispositive Motion Due: | December 17, 2013 |
| Reply re Dispositive Motion Due: | December 24, 2013 |
| Hearing on Dispositive Motion: | January 9, 2014 or January 23, 2014 |

DATED:  November 1, 2013            Respectfully submitted,

FOX ROTHSCHILD LLP

By: __/s/ *Tyreen G. Torner*_____
    ALEX HERNAEZ
    TYREEN G. TORNER

Attorneys for Defendant
Samuel Merritt University

DATED: November 1, 2013               Respectfully submitted,

                                                    MILLSTEIN & ASSOCIATES

                                                   By:  */s/ David J. Millstein*
                                                         DAVID J. MILLSTEIN

                                                   Attorneys for Plaintiff
                                                 Jane Doe

The hearing on dispositive motion shall be at 9:00 a.m. on January 9, 2014.

Dated: November 4, 2013

**GRANTED**
*/s/ Jacqueline S. Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT STIPULATION CONTINUING DISPOSITIVE MOTION                    Case No.: 3:13-cv-00007-JSC
BRIEFING SCHEDULE